AO 91 (Rev. 02/09)   Criminal Complaint

**FILED**

United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
District of New Mexico ▾

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Larry Wilbur Begay | ) | Case No.   26-MJ-1158 |
| | ) | |
| | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  03/10/2026  in the county of  McKinley  in the _____ District of
New Mexico , the defendant violated  18  U. S. C. §  1153, 113(a)(3), and 113(a)(6)
, an offense described as follows:

18 U.S.C. § 1153 - Offenses committed within Indian Country
18 U.S.C. § 113(a)(3) - Assault with a dangerous weapon
18 U.S.C. § 113(a)(6) - Assault resulting in serious bodily injury

This criminal complaint is based on these facts:
Please see the attached affidavit of FBI Special Agent Thomas Raborg

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI Special Agent Thomas Raborg
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    03/13/2026

_____
*Judge's signature*

City and state:    Albuquerque, New Mexico

Jennifer Rozzoni, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, Thomas Raborg, a Special Agent with the Federal Bureau of Investigation ("FBI") being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the FBI and have been employed since August 2021. As such, I am a law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7), and I am empowered by law to conduct investigations and to make arrests for criminal offenses, to include those enumerated in 18 U.S.C. § 2516. I am currently assigned to the Albuquerque Field Office, Gallup Resident Agency. My primary duties as a Special Agent with the FBI includes investigating federal crimes including violent crimes occurring within our jurisdiction, to include within the federal recognized Indian territories. Prior to joining the FBI, I was a Patent Examiner at the U.S. Patent and Trademark Office, where I examined biotechnology patent applications. I was also a high school science teacher and a pharmaceutical chemistry researcher. After joining the FBI, I served as an Agent on a counterintelligence squad and on the surveillance squad at the FBI Salt Lake City Division. I have now been with the FBI Gallup Resident Agency investigating Indian Country crimes for approximately one year and one month.

2. This affidavit is based upon information reported to me by other federal, state, tribal, and local law enforcement officers during the course of their official duties. Throughout this affidavit, reference will be made to law enforcement officers. Law enforcement officers are those federal, state, tribal, and local law enforcement officers who have directly participated in this investigation. This affidavit is also based upon information gained from interviews with cooperating citizen witnesses, whose reliability is established separately herein.

3.    Based on my training, experience, and the facts set forth in this affidavit, I believe there is probable cause that violations of 18 U.S.C. § 1153, Offenses committed within Indian Country, 18 U.S.C. § 113(a)(3), Assault with a Dangerous Weapon, and 18 U.S.C. § 113(a)(6), Assault Resulting in Serious Bodily Injury, have been committed by LARRY WILBUR BEGAY ("BEGAY"), Birth Year 1960, a member of the Navajo Nation Indian Reservation.

4.    Because this affidavit is submitted for the limited purpose of securing authorization for the proposed warrant, I have not included each and every fact known to me concerning this investigation. This affidavit is intended to show that there is sufficient probable cause for the requested arrest warrant.

## PROBABLE CAUSE

## NOTIFICATION BY NAVAJO NATION DEPARTMENT OF CRIMINAL INVESTIGATIONS

5.    On March 12, 2026, I was notified by Navajo Nation Department of Criminal Investigations ("NDCI"), Crownpoint Division, that an assault occurred on March 10, 2026, at a residence located at 43B Raven Road, Vanderwagen, New Mexico, which is located within the exterior boundaries of the Navajo Nation Indian Reservation.

6.    NDCI informed me that BEGAY had assaulted his brother-in-law, E.Y ("JOHN DOE," hereinafter "DOE"), with a pole and that DOE had been transported to the Gallup Indian Medical Center ("GIMC"), Gallup, New Mexico, because of his injuries. NDCI also informed me that BEGAY hit DOE on the head and arm and that DOE had sustained a laceration to his head and a broken arm from the assault.

## INTERVIEW OF DOE AT GIMC

7.      On March 12, 2026, at approximately 4:13 p.m., FBI Special Agents interviewed DOE at GIMC. FBI Agents observed bruises on DOE's legs, a laceration on the left side of his head, which was sealed with medical staples, and a cast on his right arm, among other injuries.

8.      DOE, who is Navajo, told Agents that on the morning two days prior to the date of the interview, BEGAY came into his bedroom as he was sitting on the side of his bed and began striking DOE with a black exercise bar, causing bleeding to his head. DOE also said that BEGAY struck him on the legs, arm, and chest.

9.      During the assault, BEGAY was telling DOE to get out of his house. DOE was staying at his sister's ("B.B.") and BEGAY's house because his house had burned down and he needed a place to stay. BEGAY is DOE's brother-in-law and married to B.B.

10.     During the assault, DOE heard B.B. yelling at BEGAY, telling him to stop. DOE also observed BEGAY striking B.B. on the head after the assault.

11.     After the assault, DOE ran out of the house to a nearby residence where his son ("R.B.") was staying and told R.B. what happened.


## CONVERSATION WITH GIMC MEDICALL STAFF

12.     After interviewing DOE, FBI Special Agents spoke with GIMC medical personnel to ascertain the extent of DOE's injuries. GIMC personnel informed Agents that DOE had sustained fractures to his right femur, left fibula, right wrist, and maxillary bone. Additionally, DOE sustained a deep laceration to the left side of his head which required medical staples.

## CUSTODIAL INTERVIEW OF BEGAY AT THE NAVAJO NATION CORRECTIONS DEPARTMENT, CROWNPOINT, NEW MEXICO

13.     On March 12, 2026, at approximately 6:36 p.m., FBI Special Agents interviewed BEGAY at the Navajo Nation Corrections Department, Crownpoint, New Mexico. BEGAY was read his *Miranda* Rights, and he agreed to be interviewed by Agents.

14.     BEGAY, who is an enrolled member of the  Navajo Nation, told Agents that two days prior to the date of the interview, he was staying at his house with his wife, B.B., and DOE, who is B.B.'s brother, when the assault occurred. DOE was staying with BEGAY and B.B. because DOE's house had burned down. BEGAY stated that when he entered DOE's bedroom, DOE hit him on the nose with nunchucks, which made him angry. He then left DOE's bedroom and grabbed a black exercise bar from his bedroom, whereupon he returned to DOE's bedroom and hit DOE's legs with the exercise bar. DOE was sitting on the side on his bed when BEGAY struck him, and DOE was also sitting next to a knife. After being struck, BEGAY saw DOE run out of the house and over to R.B.'s house, which is located nearby. After the incident occurred, BEGAY said he took the nunchucks and knife and threw them into a closet located in his bedroom. The police later came and arrested BEGAY.

15.     BEGAY then said that when he first entered DOE's bedroom, he accused DOE of stealing food from the refrigerator, whereupon DOE hit him on the face with nunchucks. BEGAY then went out of the room into his wife's bedroom and grabbed the exercise bar before returning to DOE's bedroom. BEGAY stated that it was dark and that he thought he just hit DOE on his legs. BEGAY also stated that he had been consuming Vitali vodka prior to the incident and was intoxicated.

16.    BEGAY stated that he hit DOE three or four times. BEGAY also said that DOE was holding his hands up and telling BEGAY to stop as BEGAY was hitting him. BEGAY stated that he did not know whether he had also struck DOE's head and chest. During the incident, BEGAY thought he heard B.B. telling him to stop. BEGAY thought that he might have hit DOE on the hands as DOE was holding them up to prevent BEGAY from striking his body. BEGAY said he hit DOE where he was holding his hands up.

17.    Begay later provided interviewing Agents signed consent to search his residence.

**INTERVIEW OF DOE'S SON, R.B.**

18.    On March 12, 2026, at approximately 9:04 p.m., I interviewed DOE's son, R.B., at his residence, which is located across from the residence where the incident occurred.

19.    R.B. stated that on the morning of March 10, 2026, he heard DOE yelling for help as he was at his house putting on his shoes. After he put on his shoes, he heard DOE banging on the door, whereupon he answered it. DOE was all bloody. When R.B. asked DOE what happened, DOE told R.B. that BEGAY beat him. DOE also told R.B. that he was sleeping in his room when BEGAY came into the room and started beating him. R.B. also spoke to B.B. after the incident, and she told him that BEGAY beat DOE and that she was yelling at BEGAY to stop as it was happening

20.    R.B. observed that DOE had a gash on his head and that his cheek was swollen. R.B. also saw that DOE's wrist was broken, as it was just hanging by his side.

**SEARCH OF BEGAY'S RESIDENCE, 43B RAVEN ROAD, VANDERWAGEN, NEW MEXICO**

5

21.     On March 12, 2026, at approximately 9:10 p.m., FBI Special Agents conducted a search of BEGAY's residence, 43B Raven Road, Vanderwagen, New Mexico. Agents noted and took photographs of a trail of blood leading from a bedroom located inside the residence to the front door of the residence. Agents also took photographs of a knife located in the closet of an opposing bedroom. Finally, Agents located a collected a pair of black nunchucks next to the closet where the knife was found. The nunchucks were observed to be light and appeared to be hollow.

## INTERVIEW OF BEGAY'S WIFE, B.B., BY NDCI

22.     On March 12, 2026, at approximately 11:53 p.m., NDCI forwarded an interview of B.B. that they had conducted on March 12, 2026, at approximately 1:12 p.m., to the FBI. The interview, which was documented in English, was conducted in the Navajo language, as B.B. does not understand English. The interviewer was a Criminal Investigator who is fluent in the Navajo language.

23.     According to B.B., at approximately 5:30 a.m. two days prior to the date of the interview, she heard BEGAY and DOE arguing from her bedroom. DOE was staying in the bedroom of B.B.'s deceased son. During the argument, B.B. told BEGAY to leave DOE alone, as he was sleeping. B.B. heard DOE tell BEGAY not to hit him. B.B. then heard something fall and she became scared. BEGAY then returned to B.B.'s bedroom.

24.     When it got quiet, B.B. told DOE to run to R.B.'s house, which is located next door.

## NAVAJO POLICE DEPARTMENT POLICE INCIDENT REPORT

25.     On March 12, 2026, at approximately 11:30 p.m., I reviewed a Navajo Police Department ("NPD") police incident report detailing an assault that took place on March 10, 2026, between the hours of 12:00 a.m. and 6:00 a.m., involving BEGAY and DOE.

26.     In the report, NPD stated that they found DOE at a residence next door to the residence where the assault occurred. NPD also noted that DOE was visibly injured. Specifically, NPD noted that DOE had a laceration on the top left of his head area and that blood was visible on his hands, face, and clothing. When NPD questioned DOE about what happened, DOE informed NPD that he was hit with a pole in a house located next door by BEGAY and that BEGAY was intoxicated. DOE also told NPD that he was sleeping when BEGAY came into his room and began hitting him on the head. According to DOE, BEGAY told him to get out of the house during the assault.

27.     After questioning DOE, NPD approached the next-door residence and knocked on the door. BEGAY answered and identified himself, whereupon NPD took him into custody. According to NPD, BEGAY had an odor of liquor emitting from his person and his speech was slurred. NPD also observed dried blood on the top middle of his nose area. NPD then read BEGAY his Miranda Rights, and BEGAY informed NPD that he struck DOE with a rod after DOE came at him with a knife. NPD then questioned DOE again, but DOE said that he did not have a knife and that BEGAY just came into the room and started hitting him.

28.     NPD searched the residence and located a rod with blood on it, but they did not find the knife described to them by BEGAY.

## CONCLUSION

29.     Based on the information set forth in this affidavit, I believe there is probable cause

to charge LARRY WILBUR BEGAY with violations of 18 U.S.C. § 1153, Offenses committed within Indian Country, 18 U.S.C. § 113(a)(3), Assault with a Dangerous Weapon, and 18 U.S.C. § 113(a)(6), Assault Resulting in Serious Bodily Injury.

30.     Assistant United States Attorney Jack Burkhead has reviewed and approved this affidavit.

I swear that this information is true and correct to the best of my knowledge.

Thomas Raborg
Special Agent
Federal Bureau of Investigation

Telephonically sworn and electronically signed on this day 13 of March, 2026.

UNITED STATES MAGISTRATE JUDGE

8